IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
NELSON ALEJANDRO GALVEZ       )
JIMENEZ,                      )
                              )
          Petitioner,         )       8:11CV346
                              )
     v.                       )
                              )
ERIC HOLDER, Attorney         )       ORDER
General of the United States; )
JANET NAPOTITANO, Secretary   )
of Department of Homeland     )
Security, GREG JENSEN, SDDO   )
Immigration and Customs       )
Enforcement,                  )
                              )
          Respondents.        )
_____)
```

This matter is before the Court on the motion to withdraw of Ivan Velasco, Jr. (Filing No. 5), and dismissal motion of attorney for plaintiff re emergency petition for writ of habeas corpus and stay of deportation (lack of jurisdiction) (Filing No. 7). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) The motion to withdraw of Ivan Velasco, Jr., is granted.

2) The dismissal motion is granted; the petition for habeas corpus is dismissed without prejudice.

DATED this 14th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court